427 A.2d 1223

Commonwealth v. Brandon, Appellant.

Submitted June 29, 1979. Joseph W. Mullin, Public Defender, for appellant; Stewart L. Kurtz, District Attorney, for Commonwealth, appellee.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

Before CERCONE, P. J., and WIEAND and LOUIK, JJ.*

Judgments of sentence affirmed.